**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RONALD McCALISTER,**

    **Plaintiff,**

v.                                                         Case No. 8:04-cv-2588-T-30TGW

**HILLSBOROUGH COUNTY SHERIFF,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Set Aside Order On Costs and Consider Objections Thereto (Dkt. #42), Plaintiff's Objections to Defendant's Bill of Costs (Dkt. #41), and Defendant's Response In Opposition to the Plaintiff's Motion to Set Aside the Court's Order on Costs and Supporting Memorandum of Law (Dkt. #50). The Court, having considered the motion, response, arguments of counsel, and being otherwise advised in the premises, finds that Plaintiff's motion should be granted.

The Court hereby sets aside this Court's Order (Dkt. #38) to consider Plaintiff's objections to Defendant's Bill of Costs. The Court finds that Plaintiff's objections are without merit. Defendant's Bill of Costs (Dkt. #34-1), Affidavit in Support of Bill of Costs (Dkt. #34-2), and Memorandum in Support of Bill of Costs (Dkt. #35) are sufficiently clear and detailed in describing the taxable costs necessarily incurred by Defendant in this action. Accordingly, this Court finds that Defendant's request for costs should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Set Aside Order On Costs and Consider Objections Thereto (Dkt. #42) is GRANTED.

2. This Court's Order of May 19, 2006, (Dkt. #38) is set aside.

3. Defendant's Bill of Costs (Dkt. #34-1), and Memorandum of Law in Support of Bill of Costs (Dkt. #35) is GRANTED.

4. The Clerk is hereby directed to enter a JUDGMENT for costs against Plaintiff, Ronald McCalister, and in favor of Defendant, Hillsborough County Sheriff, in the amount of **$1,408.87** in taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2588.set aside.wpd